UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re

Petrus and Janelle Van Der Sande,   Case No. 6-03-bk-14653-KSJ
                                    Chapter 13

_____ Debtor(s) _____/

ORDER DIRECTING RELEASE OF UNCLAIMED FUNDS

This case came before the Court upon the motion filed by Bob McKee, Lake County Tax Collector, a party in the above referenced case, for release of funds being held in the Court's registry account of unclaimed funds. Upon consideration the Court finds that the party has furnished all necessary documentation and otherwise has complied with the requirements for release of the unclaimed funds.

IT IS ORDERED that the motion is granted and that the Clerk of Court shall pay the unclaimed funds in the amount of $8,212.31 to Bob McKee, Lake County Tax Collector, Attn: Monica, PO Box 327, Tavares, FL 32778.

DATED: 11/03/08

Karen S. Jennemann
United States Bankruptcy Judge

Copy furnished to:
Susan Magaditsch, Financial Administrator, United States Bankruptcy Court, Sam M. Gibbons U.S. Courthouse, 801 N. Florida Avenue, Suite 727, Tampa, FL 33602-3899